UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

                              Plaintiff,

                -v.-

RADIATOR CAFE, LLC et al.,

                              Defendants.

25 Civ. 5699 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Upon Plaintiff's application, ECF Nos. 14-15, on September 4, 2025, the Clerk of Court issued a certificate of default as to each Defendant, ECF Nos. 17-18.  On October 9, 2025, Plaintiff moved for a default judgment, ECF No. 20, and filed two declarations and a memorandum of law in support of the motion, ECF Nos. 21-23.

Plaintiff's papers in support of its motion are in good order.  If Defendants wish to oppose the motion, then their counsel shall, (1) by **February 25, 2026**, enter a notice of appearance, and (2) by **March 4, 2026**, file an opposition explaining why a default judgment is not warranted.

Plaintiff has already filed proof of service of the papers in support of the motion.  ECF No. 25.  By no later than **February 20, 2026**, Plaintiff shall serve Defendants with this Order and file proof of service on the docket.

SO ORDERED.

Dated:  February 19, 2026
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge