UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, LLC,

                              Plaintiff,

                -v.-

RADIATOR CAFE, LLC et al.,

                              Defendants.

25 Civ. 5699 (JHR)

DEFAULT JUDGMENT

JENNIFER H. REARDEN, District Judge:

Plaintiff FCS Advisors, LLC filed this action for breach of contract, breach of guaranty, conversion, and unjust enrichment on July 10, 2025.  ECF No. 1.  Plaintiff served Defendants Radiator Cafe, LLC and Ciaran O'Brien with process on July 17, 2025.  *See* ECF Nos. 8-9.  Defendants' answers were therefore due on August 7, 2025.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i) ("A defendant must serve an answer . . . within 21 days after being served with the summons and complaint.").  Neither Defendant has responded to the Complaint or otherwise appeared.

Upon Plaintiff's application, ECF Nos. 14-15, on September 4, 2025, the Clerk of Court issued a certificate of default as to each Defendant, ECF Nos. 17-18.  On October 9, 2025, Plaintiff moved for a default judgment, ECF No. 20, and filed two declarations and a memorandum of law in support of the motion, ECF Nos. 21-23.  Plaintiff served its motion papers on Defendants by mail pursuant to Federal Rule 5(b)(2)(C).  *See* ECF No. 25.  On February 19, 2026, the Court directed Defendants to file any opposition to the motion for a default judgment by March 4, 2026.  ECF No. 27.  Plaintiff served the Order on Defendants the same day.  ECF No. 28.  Defendants did not oppose the motion.

The Court has reviewed Plaintiff's motion for a default judgment and supporting submissions.  ECF Nos. 20-23.  Because proof of service has been filed; Defendants have not responded to the Complaint; the time for doing so has expired; and Defendants have failed to

appear to contest the entry of a default judgment, the Court hereby enters a default judgment for

Plaintiff against Defendants, *see Yung Xu v. Kealoha Sushi Inc.*, No. 19 Civ. 11885 (PAE), 2021

WL 1753749, at *1 (S.D.N.Y. May 4, 2021) (granting default judgment), with any declaratory,

injunctive, and compensatory relief, plus costs, interest, and attorneys' fees, to be determined at

an inquest.

By separate Order, the Court will refer this case to Magistrate Judge Gabriel Gorenstein

for an inquest.  By **March 17, 2026**, Plaintiff shall serve this Order upon Defendants and file an

affidavit reflecting such service.

The Clerk of Court is directed to terminate ECF No. 20.

SO ORDERED.

Dated: March 16, 2026
New York, New York

_____
JENNIFER H. REARDEN
United States District Judge

2