**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

FCS ADVISORS, LLC,

Plaintiff,

-against-

RADIATOR CAFÉ, LLC, et al.,

Defendants.

-----------------------------------------------------------------X

25 **CIVIL** 5699 (JHR)(GWG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 13, 2026, the Court adopts Judge Gorenstein’s Report & Recommendation in its entirety, Specifically, the Court adopts Judge Gorenstein's recommendation that "plaintiff should be awarded a judgment against defendants Radiator Cafe, LLC and Ciaran O'Brien jointly and severally in the amount of $228,294.94, plus prejudgment interest in the amount of $85,475.75 calculated at the rate of $64.51 per day from March 1, 2023, until the date judgment is entered;" accordingly, the case is closed.

**Dated:** New York, New York
October 15, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:**

______________________________
**Deputy Clerk**